IH-32                                                                                                          Rev: 2014-1

# United States District Court
for the
## Southern District of New York
### Related Case Statement

___

#### Full Caption of Later Filed Case:

PENG LI, Individually and on Behalf of All Others Similarly Situated

| Plaintiff | Case Number |
|---|---|
| vs. | |
| XUNLEI LIMITED, LEI CHEN, ERIC ZHOU and TAO THOMAS WU, | |
| Defendant | |

#### Full Caption of Earlier Filed Case:
(including in bankruptcy appeals the relevant adversary proceeding)

RUNCIE DOOKERAN, Individually and on Behalf of All Others Similarly Situated,

| Plaintiff | Case Number |
|---|---|
| vs. | 18-cv-00467-RJS |
| XUNLEI LIMITED, LEI CHEN, ERIC ZHOU and TAO THOMAS WU, | |
| Defendant | |

IH-32 Rev: 2014-1

Status of Earlier Filed Case:

☐ Closed  (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☑ Open  (If so, set forth procedural status and summarize any court rulings.)

Complaint filed on 01/18/2018, summons issued, Judge Richard J. Sullivan assigned, Case designated ECF.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

Both cases allege similar facts and federal securities fraud claims against the same or similar defendants, thus cases are related.

Signature: /s/Jeremy A. Lieberman    Date: 01/24/2018

Firm: Pomerantz LLP