AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| PENG LI, et al., | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 18-cv-00646 |
| XUNLEI LIMITED, et al., | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, PENG LI   .

Date:   01/30/2018

/s/J. Alexander Hood II
*Attorney's signature*

J. Alexander Hood II (JA4625)
*Printed name and bar number*

Pomerantz LLP
600 Third Avenue, 20th Floor
New York, NY 10016
*Address*

ahood@pomlaw.com
*E-mail address*

(212) 661-1100
*Telephone number*

(917) 463-1044
*FAX number*

Print    Save As...    Reset