UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PENG LI, Individually and On Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>        v.<br><br>XUNLEI LIMITED, LEI CHEN, ERIC ZHOU and TAO THOMAS WU,<br><br>                    Defendants. | No. 1:18-cv-646-RJS<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Jonathan Rosenberg of O'Melveny & Myers LLP enters his appearance as counsel of record for Defendant Xunlei Limited in connection with the above-captioned matter.

Dated:  New York, New York
            April 2, 2018

                                                                    Respectfully submitted,

                                                                    O'MELVENY & MYERS LLP

                                            By:      /s/ Jonathan Rosenberg
                                                                    Jonathan Rosenberg
                                                                    7 Times Square
                                                                    New York, New York  10036
                                                                    Telephone:  (212) 408-2409
                                                                    Facsimile:  (212) 326-2061
                                                                    E-mail:  jrosenberg@omm.com

                                                                    *Attorney for Xunlei Limited*